UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

REV. CALVIN WARREN, )
)
    Plaintiff, )
)
) No. 4:14CV687 JAR
)
FEDERAL GOVERNMENT, )
)
    Defendant, )

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for leave to proceed in forma pauperis and submission of a civil complaint. Plaintiff has submitted dozens of substantially identical frivolous and delusional complaints over the past few months in which he claims that the government and all of its peoples are conspiring to kill him and his family for religious reasons. See Warren v. Federal Gov't, 4:13CV2379 JCH (E.D. Mo.) (collecting cases). The Court has previously warned plaintiff that it will not allow him to proceed in forma pauperis when filing duplicative frivolous cases.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [ECF No. 2] is **DENIED**, and this action is **DISMISSED** without prejudice.

A separate Order of Dismissal will be filed forthwith.

Dated this 7th day of April, 2014.

                                          /s/ John A. Ross
                                        JOHN A. ROSS
                                        UNITED STATES DISTRICT JUDGE